IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPHINE MARGRITZ, | ) | CASE NO. 8:12-cv-398 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to written stipulation of the parties filed herein, the above-entitled cause is dismissed with prejudice as to all claims, each party to bear her/its own costs.

DATED this 14th day of December, 2012.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Court Judge

Prepared and submitted by:

Ronald F. Krause – 15980
Michael K. Huffer –18087
Cassem, Tierney, Adams, Gotch & Douglas
8805 Indian Hills Drive, Suite 300
Omaha, NE 68114-4070
(402) 390-0300
mhuffer@ctagd.com